UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LYNN McCOY, | No. 2:14-cv-1999 CKD P |
| Petitioner, | |
| v. | ORDER |
| JEFFREY A. BEARD, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302. Before the court is petitioner's September 26, 2014 motion for reconsideration of the September 4, 2014 order denying without prejudice his motion for appointment of counsel.

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that the challenged ruling was not clearly erroneous or contrary to law.

////

////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order filed
2  September 4, 2014 is affirmed.
3  Dated: October 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  2 / mcco1999.850_consent